RECEIVED

FEB 2 8 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUISIANA LIMESTONE & LOGISTICS, LLC | * | CIVIL NO. 6:13-0798 |
| VERSUS | * | JUDGE DOHERTY |
| GRANITE GROUP INTERNATIONAL, INC. | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion to Dismiss for lack of personal jurisdiction filed by the defendant, Granite Group International, Inc., [rec. doc. 3] is **GRANTED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 28 day of February, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE